425 A.2d 746

**COMMONWEALTH of Pennsylvania**

v.

**Luther HEARD a/k/a Luther Head.**

Supreme Court of Pennsylvania.

Argued Jan. 29, 1981.

Decided Feb. 27, 1981.

Daniel H. Greene, Philadelphia (Court-appointed), for appellant.

Robert B. Lawler, Chief, Appeals Div., Asst. Dist. Atty., Robert Casey, Asst. Dist. Atty., for appellee.

Before O'BRIEN, C. J., and ROBERTS, NIX, LARSEN, FLAHERTY and KAUFFMAN, JJ.

## OPINION OF THE COURT

PER CURIAM:

The Judgment of Sentence of the Court of Common Pleas of Philadelphia is affirmed.